In the Matter of the Arbitration between INDUSTRIAL UNION OF MARINE AND SHIPBUILDING WORKERS OF AMERICA, LOCAL 39, C.I.O., Appellant, and TODD SHIPYARDS CORPORATION, Respondent.

Submitted November 14, 1949; decided November 23, 1949.

*Robert B. Lisle* for motion.
*Oliver J. Harper* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless within twenty days the appellant union files a stipulation for order absolute and an undertaking, in which event motion denied.